UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SAMMY RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:21-CV-79-TAV-HBG |
| ) | |
| HANCOCK COUNTY ) | |
| SHERIFF'S DEPARTMENT, ) | |
| BRAD BREWER, ) | |
| BETH MARTIN, ) | |
| COLE SETSOR, ) | |
| ZACKERY THORNEY, ) | |
| SABRA LAWSON, and ) | |
| ROXIE FERGUSON, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to **CLOSE** the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   LeAnna R. Wilson
   CLERK OF COURT